IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Cr. No. 21-335 |
| | ) |
| PATTY LYNN MAVRAKIS | ) |

### Opinion and Order on Motion for Compassionate Relief

Presently before the Court is Patty Lynn Mavrakis' Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 89. The government has filed a Response to the Motion. For the reasons explained below, the Motion will be denied.

I.   **Background**

Ms. Mavrakis was charged in a three-count Indictment with Embezzlement from a Federal Credit Union, in violation of 18 U.S.C. 657; Wire Fraud, in violation of 18 U.S.C. 1343; and Use of Fire to Commit Federal Felony, in violation of 18 U.S.C. 844(h)(1). The charges arose out of conduct occurring in September 2016, when Ms. Mavrakis was the branch manager for Valley 1st Community Federal Credit Union. On June 21, 2023, pursuant to a plea agreement, Mr. Mavrakis pleaded guilty to Count 2 of the Indictment, charging her with Wire Fraud. Plea Agr. June 15, 2023, ECF No. 47-1. Ms. Mavrakis acknowledged her responsibility for the conduct charged in Count 3, Use of Fire to Commit Federal Felony, and further agreed that such conduct may be considered in calculating the applicable guideline range and in imposing sentence. Plea Agr. ¶A.2. On December 1, 2023, after a two-hour sentencing hearing, the Court varied from the applicable guideline range, and sentenced Ms. Mavrakis to a term of imprisonment of 30 months. ECF No. 71.

### II. Motion for Compassionate Release

Ms. Mavrakis seeks compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The relevant portion of this statue states:

> (1) in any case—
>
> (A) the court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that—
>
> (i)extraordinary and compelling reasons warrant such a reduction; . . .
>
> and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission[.]

18 U.S.C. § 3582(c)(1)(A). Ms. Mavrakis has not submitted evidence to show that she has fully exhausted her administrative remedies by, at a minimum, filing a request for compassionate release with the Warden where she is housed. Ms. Mavrakis explained that she did not submit a request to the Warden, because she was told the Warden does not answer anyone's request for compassionate relief. ECF No. 89. The Court finds that Ms. Mavrakis did not exhaust her administrative remedies, as required by statute. The Court therefore lacks jurisdiction over the motion, and the Motion will be denied.

### III. Conclusion

Ms. Mavrakis' Motion for Compassionate Release will be denied.

**ORDER**

AND NOW, this 12th day of May 2025, it is ORDERED that Patty Lynn Mavrakis' Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 89 is DENIED for lack of jurisdiction.

    s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge

Patty Lynn Mavrakis, pro se
Reg. No. 63417-509
Renewal, Inc.
PO Box 23070
Pittsburgh, PA 15222

Patty Lynn Mavrakis, pro se
125 Crawford Lane
Belle Vernon Pa 15012